# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NOEMY CARO-FIGUEROA,<br><br>　　　　　　　Defendant. | Case No. 20-CR-1569 JLS<br><br>**ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable Janis L. Sammartino |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the indictment in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated: October 26, 2020

　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge